### The Atlas Mining Co. v. James R. Johnston.

*Bills of exceptions: Settling.* Where, after the expiration of the term at which a cause was tried, a time was fixed by consent for settling a bill of exceptions, and the parties appeared at the time appointed, and the bill was settled and comes into this court appended to the record, it will not be stricken out, because there had been no order made during the trial term for extending the time for settling the exceptions.

*Heard and decided October 26.*

*C. I. Walker* moves to strike out the bill of exceptions, in this cause on the ground that it was not settled during the term at which the cause was tried, nor within any time limited therefor by the order of the Circuit Court or Circuit Judge.

*Ashley Pond, contra,* reads an affidavit, from which it

appears that the parties had appeared before the Circuit Judge, and the bill of exceptions was settled without any objection, at the time, that the bill had not been presented for settlement within the proper time.

Motion denied.